**Order entered July 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00004-CV

### RIDGECREST HOLDINGS, LLC AND
### 400 SOUTH WALTON WALKER BOULEVARD, DALLAS, TEXAS, Appellants

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-12419**

## ORDER
Before Justices Whitehill, Molberg, and Nowell

We **REINSTATE** this appeal.

The City of Dallas filed a motion for contempt alleging violations of the temporary injunction by Ridgecrest Holdings, LLC. By order dated May 24, 2019, we granted the motion to the extent we ordered the trial court to conduct an evidentiary hearing on the motion and grant in writing any appropriate relief. The trial court complied and a supplemental clerk's record containing the trial court's judgment of contempt has been filed.

As the briefing is complete, this case will be set for submission in due course.

/s/    BILL WHITEHILL
JUSTICE